AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Kelly Easter | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02681-APM |
| U.S. Department of Health and Human Services et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Easter.

Date: 1/4/2022

/s/ Daniel A. Rubens
*Attorney's signature*

Daniel A. Rubens / NY 4688834
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Address*

drubens@orrick.com
*E-mail address*

(212) 506-5000
*Telephone number*

(212) 506-5151
*FAX number*