AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Kelly Easter ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-cv-02681-APM |
| U.S. Department of Health and Human Services et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kelly Easter                                                                                                                  .

Date:    1/4/2022

/s/ Seth C. Harrington
*Attorney's signature*

Seth C. Harrington / MA 664861
*Printed name and bar number*

Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116

*Address*

sharrington@orrick.com
*E-mail address*

(617) 880-1802
*Telephone number*

(617) 880-1801
*FAX number*