IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KELLY EASTER,<br><br>      Plaintiff,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, ,<br><br>      Defendants. | Civil Action No. 1:21-cv-02681-APM<br><br>Judge:   Hon. Amit P. Mehta |

**PLAINTIFF KELLY EASTER'S NOTICE
OF DISMISSAL *WITHOUT PREJUDICE***

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kelly Easter dismisses this action without prejudice to further litigation.

Dated: June 24, 2022.

                                         ORRICK, HERRINGTON & SUTCLIFFE LLP

                                         By:  /s/ Andrew D. Silverman
                                              Andrew D. Silverman
                                              (DC Bar No. 1013835)

                                       Daniel A. Rubens (admitted *pro hac vice*)
                                       51 West 52nd Street
                                       New York, NY 10019-6142
                                       (212) 506-5000
                                       asilverman@orrick.com
                                       drubens@orrick.com

                                       Seth Harrington (admitted *pro hac vice*)
                                       222 Berkeley Street
                                       Suite 2000
                                       Boston, MA 02116
                                       (617) 880-1800
                                       sharrington@orrick.com

                                       and

Camilla B. Taylor
(US District of DC Bar No. IL0098)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
105 West Adams, 26th Floor
Chicago, IL 60603-6208
Telephone: (312) 663-4413
ctaylor@lambdalegal.org

Karen L. Loewy
(DC Bar No. 1722185)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
1776 K Street N.W., 8th Floor
Washington, DC 20006-2304
Telephone: (202) 804-6245
kloewy@lambdalegal.org

M. Currey Cook (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005-3919
Telephone (212) 809-8585
ccook@lambdalegal.org

and

Richard B. Katskee
(DC Bar No. 474250)

Kenneth D. Upton, Jr.
(DC Bar No. 1658621)

AMERICANS UNITED FOR
SEPARATION OF CHURCH AND
STATE
1310 L Street NW, Suite 200
Washington, DC 20005
Tel: (202) 466-3234
Fax: (202) 466-3353
katskee@au.org
upton@au.org

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing Notice of Dismissal Without Prejudice with the Clerk of the Court through the ECF system on June 24, 2022. This system provided a copy to and effected service of this document to all parties.

                                                /s/ Andrew D. Silverman
                                                Andrew D. Silverman